**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ramon MORENO–OROZCO, aka Ramon Mata, aka Ramon Orozco–Moreno, Defendant—Appellant.**

No. 04–10519.

D.C. No. CR–03–01088–MHM.

United States Court of Appeals, Ninth Circuit.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Gary M. Restaino, Assistant U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Michael S. Reeves, Esq., Phoenix, AZ, for Defendant–Appellant.

Before GOODWIN, W. FLETCHER and FISHER, Circuit Judges.

MEMORANDUM **

Ramon Moreno–Orozco appeals from his conviction and 40–month sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Moreno–Orozco has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Moreno–Orozco has not filed a pro se supplemental brief.

Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Moreno–Orozco knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

waiver is valid when it is entered knowingly and voluntarily); *see also United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir. 2005) (noting that the changes in sentencing law imposed by *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

Counsel's motion to withdraw is GRANTED, and the appeal is DISMISSED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.